STATE OF NEW JERSEY v. IRBY BUTLER.

June 10, 1981.

Petition for certification granted.   (See 178 *N.J.Super.* 205)

STATE OF NEW JERSEY v. COLLIER MICKENS.

June 10, 1981.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. L. S.

June 10, 1981.

Petition for certification denied.

HARRY STANFORD v. SCHRIBNER VILLAGE, INC.

June 10, 1981.

Petition for certification denied.